UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE TAYLOR,

        Plaintiff,        Case No. 1:16-cv-1220

v.

        Honorable Paul L. Maloney

CARMEN PALMER et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice for lack of prosecution.


Dated:  January 12, 2017        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge